UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. JOHNSON, | No. C 10-1746 MHP |
| Plaintiff, | **ORDER** |
| v. | |
| TEAMSTERS UNION LOCAL 853, | |
| Defendant. / | |

On April 27, 2010, the court denied plaintiff's motion for leave to proceed in forma pauperis. Docket No. 5 (Order). Plaintiff paid the $50 filing fee in accordance with the court's order. Docket No. 6 (Receipt). Thereafter, plaintiff served the complaint upon defendant. Docket No. 7 (Service of Summons). Defendant has failed to appear in this action.

On April 23, 2010, the court issued an order setting a case management conference for August 9, 2010. Docket No. 4 (Scheduling Order). Parties were ordered to file a case management statement by August 2, 2010. *Id.* Plaintiff did not file a statement. Nor did plaintiff appear at the case management conference on August 9, 2010. Docket No. 8 (CMC Minutes).

For the foregoing reasons, the complaint in this action is DISMISSED for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Procedure. The Clerk of Court shall close the file.

IT IS SO ORDERED.

Dated: August 11, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California